

FILED

DEC 21 2018

Clerk, U S District Court
District Of Montana
Helena

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| In re:<br><br>EDRA D. BLIXSETH,<br>    Debtor. | Bankruptcy Case No. 09-60452-7 |
|---|---|
| RICHARD J. SAMSON,<br>Trustee of the Estate of Edra Blixseth,<br><br>    Plaintiff,<br>v.<br><br>TIMOTHY BLIXSETH, DESERT RANCH LLLP, DESERT RANCH MANAGEMENT LLC, and DOES 1-5<br><br>    Defendants. | Bankruptcy Case Adv. No. 10-00088<br><br>No. CV-14-00045-BU-SEH<br><br>**ORDER** |

Having reviewed the parties Stipulation To Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 21st day of December, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge